UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THOMAS BARFELL,

    Plaintiff,

v.                            Case No. 15-C-653

CHRISTOPHER ROMANOWICZ, et al.,

    Defendants.

## ORDER FOR RESPONSE

Plaintiff has filed a Motion to Compel seeking access to a squad video that he believes would show the actions alleged in the complaint. Defendant is directed to file a response to plaintiff's motion within ten days of this Order.

**SO ORDERED** this 25th day of January, 2016.

                                          s/ William C. Griesbach
                                          William C. Griesbach, Chief Judge
                                          United States District Court